## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EARTH SCIENCE LABORATORIES, INC.,** | |
| Plaintiff, | **8:14CV296** |
| vs. | **ORDER** |
| **JAMES JERRED, also known as RUSS JERRED,** | |
| Defendant. | |

This matter is before the court on the plaintiff's Motion for Additional Extension of Time for Filing Rule 26(f) Planning Report (Filing No. 13). Counsel for the plaintiff represents the parties reached a settlement and will file the appropriate paperwork with the court to resolve this litigation. Counsel for the plaintiff also represents counsel for the defendant does not object to the motion. Upon notice of settlement,

**IT IS ORDERED**:

1. The plaintiff's Motion for Additional Extension of Time for Filing Rule 26(f) Planning Report (Filing No. 13) is denied as moot. The Rule 26(f) deadline is terminated.

2. On or before **March 9, 2015**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 9th day of February, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge