IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EARTH SCIENCES LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES JERRED, a/k/a, RUSS JERRED, <br><br> Defendant. | CASE NO. 8:14-CV-296 <br><br> **ORDER ON JOINT STIPULATION FOR JUDGMENT BY CONFESSION** |

This matter is before the Court on the Parties' Stipulation for Judgment by Confession ("Stipulation") (Filing No. 15).  Upon review of the Stipulation, the Court accepts and adopts the Stipulation and will enter judgment for the Plaintiff as provided in the Stipulation.

Accordingly, IT IS HEREBY ORDERED that the Parties' Stipulation is accepted and judgment is entered for the Plaintiff as provided in that Stipulation in the amount of One Hundred Twenty-Five Thousand Seven Hundred Forty-Five and 11/100 Dollars ($125,745.11).

SO ORDERED

Dated this 27th day of February, 2015.

BY THE COURT:

s/Joseph F. Bataillon
The Honorable Joseph F. Bataillon
Senior United States District Judge


2

Prepared and submitted by:

EARTH SCIENCE LABORATORIES, INC., Plaintiff,

s/Allison D. Balus
Allison D. Balus (#23270)
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102
402-344-0500
402-344-0588 (facsimile)
abalus@bairdholm.com

DOCS/1388761.1